UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AURORA L. EASTMAN, et al.,<br><br>Defendants. | Case No.18-cv-02091-JD<br><br>**ORDER RE GUARDIAN AD LITEM**<br><br>Re: Dkt. No. 50 |
|---|---|

This is an interpleader action over the proceeds of a life insurance policy issued for the decedent, Relis Carl Eastman. Defendants include two of Eastman's children, A.C.E. and A.L.E., who are minors. Defendants ask to appoint a guardian ad litem for them. Dkt. No. 50. The motion is unopposed.

The Court denied a prior guardianship application out of concerns about the suitability of the candidate. Dkt. No. 43. Defendants now nominate a new candidate, Jacob Rogneby, who is an uncle to the minors on their mother's side. Based on Rogneby's declaration and the representations of defendants' counsel, Rogneby appears to be qualified to serve as guardian. Dkt. Nos. 52, 54. The Court also notes that Rogneby's sister, who is the mother of A.C.E. and A.L.E., expressly confirmed that she has irrevocably renounced any claim to or interest in the life insurance benefits. Dkt. No. 53. Consequently, the Court appoints Jacob Rogneby as guardian ad litem for A.C.E. and A.L.E. in this action.

**IT IS SO ORDERED.**

Dated: January 22, 2019

JAMES DONATO
United States District Judge